**Computer**Forensic **Services**

# Mark Lanterman

601 Carlson Parkway, Suite 630 / Minnetonka, MN / 55305
Phone: 952.924-9920

| | |
|---|---|
| **Title** | Chief Technology Officer |

**Professional Biography**

Mr. Lanterman is an eleven-year veteran police investigator. He was a member of the US Secret Service Electronic Crimes Taskforce, and has routinely assisted the Secret Service, FBI and the United States Attorney's Office as well as law enforcement entities across the country with computer related investigations.

Lanterman has successfully led hundreds of forensic investigations, interfacing and supporting large legal organizations, corporations, and governmental organizations.

Lanterman is a sought-after speaker in the United States and abroad, and as such has presented for the Minnesota Criminal Justice Institute, the Minnesota Employment Law Institute, the Minnesota State Bar Association, the California State Bar Association, the Wisconsin State Bar, the New York State Bar Association, the Tennessee State Bar Association, the Association of Certified Fraud Examiners, the International Association of Financial Crime Investigators, the American Society for Industrial Security, Hamline Law School, represented the US Secret Service at the International Association of Chiefs of Police National Conference and for many other organizations.

He frequently teaches CLE classes and is an adjunct professor of computer forensics.

Lanterman has been a court appointed computer forensic expert to the Honorable Patricia Kerr-Karasov, Hennepin County District Court (Minnesota), and to the Honorable A.P. Fuller of the Pennington County Circuit Court (South Dakota).

In 2003, the Director of the United States Secret Service recognized Lanterman for his contributions to law enforcement.

**Core Skills**

- Forensic hard drive imaging
- Forensic data analysis
- Proactive forensic analysis
- Electronic discovery consulting
- Deposition preparation
- Expert witness testimony

**Education**

Upsala College

- B.S. Computer Science
- M.S. Computer Science

US Department of Homeland Security

- Seized Computer Evidence Recovery Specialist Certification

Pennsylvania Municipal Police Officer's Training, John Reid Interrogation Training, and SEARCH Internet Investigation Training

Minnesota Bureau of Criminal Apprehension

- Management Series Certification

National White Collar Crime Center

- Advanced Data Recovery



EXHIBIT