**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Francisca Sandoval, et al.,

        Plaintiffs,                Civil No. 06-1772 (RHK/JSM)

vs.                                          **ORDER**

American Building Maintenance Industries,
Inc., a/k/a ABM Industries, Incorporated,
d/b/a ABM Janitorial Services, et al.,

        Defendants.

_____

Defendants' Motion for Summary Judgment (Doc. No. 147) is <u>referred</u> to Magistrate Judge Janie S. Mayeron for a recommended disposition.[1]  Accordingly, the hearing before the undersigned is **CANCELED** and Judge Mayeron will advise counsel if she intends to have oral argument.

Dated: September 5, 2007

                                                    <u>s/Richard H. Kyle</u>
                                                    RICHARD H. KYLE
                                                    United States District Judge

---

[1] Also before the Court is a Motion to exceed the word limitations for briefing the Summary Judgment Motion.  With the referral, Judge Mayeron will resolve the issue of word limitations.