# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Francisca Sandoval, Ines Hernandez, Miriam Pachecho, Eva Reyes, Arminda Gomez, Nidia Guerrero, Lucila Marquez, Maria Perez, Azuncena Garcia, Estela Laureano, and Marlene Giron,<br><br>        Plaintiffs,<br>v.<br><br>American Building Maintenance Industries, Inc., a/k/a ABM Industries Incorporated, d/b/a ABM Janitorial Services and American Building Maintenance Co. of Kentucky,<br><br>        Defendants. | Case No. 06-1772 (RHK/JSM)<br><br>**ORDER** |

The above-captioned matter came before The Honorable Richard H. Kyle, United States District Court Judge, upon Plaintiffs' Motion to Exceed Local Rule 7.1(c)'s Word Limit with respect to their Memorandum of Objections to the Report and Recommendation [Docket No. 196].

Based upon all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that: Plaintiffs' Motion to Exceed Local Rule 7.1(c)'s Word Limit with respect to their Memorandum of Objections to the Report and Recommendation is granted such that the Memorandum shall not exceed 4,500 words.

Dated: March 26, 2008            s/Richard H. Kyle
                        Richard H. Kyle
                        Judge of the District Court