**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Francisca Sandoval, et al.,                                Civil No. 06-1772 (RHK/JSM)

        Plaintiffs,

v.                                                                              **ORDER**

American Building Maintenance
Industries, Inc., et al.,

        Defendants.

---

Before the Court are Plaintiffs' Objections to the March 20, 2008, Report and Recommendation of Magistrate Judge Janie S. Mayeron, in which Judge Mayeron has recommended that Defendants' Motion for Summary Judgment be granted. The summary judgment proceedings before Judge Mayeron were thoroughly briefed by the parties and Judge Mayeron heard extensive oral argument on January 18, 2008. The undersigned has reviewed <u>de novo</u> the Report and Recommendation and Plaintiffs' Objections thereto; that review has included a review of the briefs submitted to Judge Mayeron and a transcript of the January 18th oral arguments, and the briefs submitted to the undersigned with respect to the pending Objections. Based on this <u>de novo</u> review, the undersigned is satisfied that Judge Mayeron's recommendation is fully supported by the facts before her as well as applicable and controlling legal authority and should be adotped. In view of Judge Mayeron's exhaustive analysis of both the factual record and legal issues, the undersigned can see no benefit of issuing a second opinion which would reach the same result as Judge Mayeron.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 198) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 195) is **ADOPTED**;

3. Defendants' Motion for Summary Judgment (Doc. No. 147) is **GRANTED**; and

4. The Amended Complaint (Doc. No. 25) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 6, 2008

s/Richard H. Kyle  
RICHARD H. KYLE  
United States District Judge